IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. No. 08-cr-00421-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SANTIAGO LOMELI-POLANCO,

    Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

This matter is before the Court on Defendant's Notice of Disposition and Motion Requesting Change of Plea Hearing (Doc. # 13) filed November 18, 2008. Pursuant to Order and Notice of Settings (Doc. # 11), a Change of Plea hearing was set for **December 5, 2008 at 11:00 a.m.** This hearing date will remain on the docket of the undersigned judge, to be held in Courtroom A602 of the Arraj Courthouse. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on December 3, 2008**. <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>. Defense counsel is responsible for coordinating with the interpreter to ensure that both the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty are translated,

in writing, furnished to defendant, and signed by defendant in advance of the change of plea hearing. The original and one copy of these documents should be delivered to the courtroom deputy at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

IT IS FURTHER ORDERED that the three-day jury trial set to commence on December 15, 2008 is VACATED.

DATED: November  19 , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge